AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

11-555-M

UNITED STATES OF AMERICA
V.
BELL, THOMAS D
862 NORTH 66TH ST

PHILADELPHIA, PA 19151

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER: PE70    1098195

USM NUMBER:

NONE/PRO SE
Defendant's Attorney

**THE DEFENDANT:** BELL, THOMAS D

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 38CFR1.218(b)11 | DISORDERLY CONDUCT | 4/13/2011 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court $10.00 PER MONTH/12/5

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** 125.00 | $ 0.00 | $ 100.00 | $ 25.00 |

Defendant's Soc. Sec. No.: ###-##-1132
Defendant's Date of Birth: 09/25/1947

Defendant's Residence Address:
862 NORTH 66TH STREET
PHILA., PA 19151

Defendant's Mailing Address:
SAME AS ABOVE

APRIL 13, 2011
Date of Imposition of Judgment

*[signature]*
Signature of Judge

ARNOLD C. RAPOPORT, USMJ
Name and Title of Judge

4/14/2011
Date